Matter of Quarles v Laurent (2023 NY Slip Op 06698)

Matter of Quarles v Laurent

2023 NY Slip Op 06698

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND DELCONTE, JJ.

1019 CAF 22-01730

[*1]IN THE MATTER OF LAVAUGHN QUARLES, SR., PETITIONER-RESPONDENT,
v
IESHA LAURENT, RESPONDENT-APPELLANT. 

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.

 Appeal from an order of the Family Court, Wayne County (John B. Nesbitt, J.), dated June 2, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner sole legal and physical custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court